# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AURORA LED TECHNOLOGY, INC. AND SHENZHEN AURORA TECHNOLOGY CO., LTD, <br><br> Plaintiff(s), <br><br> v. <br><br> PUTCO, INC., <br><br> Defendant(s). | Civil Action No. 1:18-cv-1866 <br><br> **NOTICE OF APPEARANCE OF NICHOLAS J. KROB** |

To: Clerk of Court and All Parties of Record

PLEASE TAKE NOTICE that I am admitted pro hac vice to practice in this court in the above-captioned matter and I hereby enter my appearance in this case as counsel for defendant Putco, Inc.

Dated: June 5, 2018

Respectfully submitted,

/s/ Nicholas J. Krob
Nicholas J. Krob (Bar Code NK7309)
McKEE, VOORHEES & SEASE, P.L.C.
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721
Phone: 515-288-3667
Fax: 515-288-1338
Email: nicholas.krob@ipmvs.com
Email: mvslit@ipmvs.com

*ATTORNEYS FOR PUTCO, INC.*

## CERTIFICATE OF SERVICE

        I hereby certify that on June 5, 2018, I filed the Notice of Appearance with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Kevin Kerveng Tung, P.C.
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, New York 11354
Telephone: 718-939-4633
Facsimile: 718-939-4468
Email: ktung@kktlawfirm.com

*ATTORNEYS FOR AURORA LED TECHNOLOGY, INC.
AND SHENZHEN AURORA TECHNOLOGY CO., LTD.*

                                                          /s/ Nicholas J. Krob